UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory Alexander Welch,                         Civil 07-4347   ADM/FLN

    Petitioner,

v.                                               O R D E R

Officer Mike Green and
Warden Jessica Symmes,

    Respondents.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 26, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus is summarily DISMISSED WITHOUT PREJUDICE; and

2. Petitioner's application for leave to proceed *in forma pauperis* [#2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 20, 2007              s/Ann D. Montgomery
                                      _____
                                      JUDGE ANN D. MONTGOMERY
                                      United States District Court